# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-00138-LDG-CWH |
| Plaintiff, | ORDER |
| vs. | |
| ANTHONY WILLIAM LOPEZ, | |
| Defendant. | |

Based upon the Order of the Court on granting Defendant's *Motion to Determine Both the Defendant's Capacity at the time of the Commission of the Offenses Charged and Current Competency to Proceed* (Docket #16), the Order granting Defendant's *Motion for Status Hearing* (Docket #23), and having heard the representations of counsel for the Government and counsel for the Defendant regarding the status of the Defendant's psychiatric evaluations,

IT IS HEREBY ORDERED that the Defendant shall be transferred to a facility for the psychiatric evaualtions as previously ordered by the Court on July 11, 2013 (*See* Docket #20) by **August 30, 2013**;

IT IS ORDERED that the parties shall submit a report regarding the defendant's current status in regards to this Order; and

IT IS FURTHER ORDERED that the Government shall notify the United States Marshal's Office of the instant order. The United States Marshal's Office shall also provide a report to the Court regarding the defendant's status in light of the Court's Order.

Dated this 26th day of August, 2013.

HON. CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE