RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
Nevada State Bar No. 003042
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Anthony William Lopez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:13-cr-138-LDG-CWH |
|---|---|
| Plaintiff, | **STIPULATION FOR AN ORDER UNDER TITLE 18 U.S.C. § 4246, et.seq.** |
| vs. | |
| ANTHONY WILLIAM LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for ANTHONY WILLIAM LOPEZ.

1. The Parties, having the benefit of the Forensic Report, dated March 31, 2015, and submitted to the Court on April 10,2015, (CR #66 [sealed]), wish submit this Stipulation and agreement to ask that this Honorable Court issue the appropriate Order as more fully described herein.

2. The Parties agree that Defendant Anthony Lopez was committed to a suitable facility according to the authority of Title 18 U.S.C. § 4241(d), so as to determine the mental competency of Mr. Lopez to stand trial or undergo post-release proceedings.

///

3.     Through examination and therapy, the facility reports that Mr. Lopez's condition has not improved so as to permit these proceedings to go forward in the normal course. Therefore, the Parties agree that the requirements of Title 18 U.S.C. § 4246 are triggered.

4.     The Parties recognize and agree that 18 U.S.C. § 4246(a) has as a requirement that the Bureau of Prisons make a determination as to whether the person (Mr. Lopez) is currently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property. Upon that determination, the Bureau of Prisons must submit a certificate addressing the dangerousness of the person to the Court. However, before the Court can Order that such a determination take place, the Parties agree that the Court must first make a finding that Mr. Lopez's mental condition has indeed, not improved sufficiently.

5.     It is therefore agreed between counsel for both the United States and for Mr. Anthony Lopez, that on the strength of the existing Report (#66), and all the pleadings and papers heretofore filed in this case, that Mr. Lopez may fairly and legally be considered incompetent to proceed, as that is measured under Title 18 U.S.C. § 4246(b), and consequently they join in asking this Court to enter the appropriate finding by clear and convincing evidence, and that the Court then Order that the facility examine Mr. Lopez to determine if his release would create a substantial risk of bodily injury to another person or serious damage to property of another.  (18 U.S.C. § 4246(a) & (d)).

DATED this 1st day of May, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ William Carrico*<br>By:_____<br>WILLIAM CARRICO,<br>Assistant Federal Public Defender<br>Counsel for Anthony W. Lopez | */s/ Cristina D. Silva*<br>By:_____<br>CRISTINA D. SILVA<br>Assistant United States Attorney<br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:13-cr-00138-LDG-CWH |
|---|---|
| Plaintiff, | |
| vs. | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| ANTHONY WILLIAM LOPEZ, | |
| Defendant. | |

## FINDINGS OF FACTS

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Parties, having the benefit of the Forensic Report, dated March 31, 2015, and submitted to the Court on April 10, 2015, (CR #66 [sealed]), wish submit this Stipulation and agreement to ask that this Honorable Court issue the appropriate Order as more fully described herein.

2. The Parties agree that Defendant Anthony Lopez was committed to a suitable facility according to the authority of Title 18 U.S.C. § 4241(d), so as to determine the mental competency of Mr. Lopez to stand trial or undergo post-release proceedings.

3. Through examination and therapy, the facility reports that Mr. Lopez's condition has not improved so as to permit these proceedings to go forward in the normal course. Therefore, the Parties agree that the requirements of Title 18 U.S.C. § 4246 are triggered.

4. The Parties recognize and agree that 18 U.S.C. § 4246(a) has as a requirement that the Bureau of Prisons make a determination as to whether the person (Mr. Lopez) is currently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property. Upon that determination, the Bureau of Prisons must submit a certificate addressing the dangerousness of the person to the Court. However, before the Court can Order that such a determination take place, the Parties agree that the

///

1 Court must first make a finding that Mr. Lopez's mental condition has indeed, not improved
2 sufficiently.
3     5.     It is therefore agreed between counsel for both the United States and for Mr. Anthony
4 Lopez, that on the strength of the existing Report (#66), and all the pleadings and papers heretofore
5 filed in this case, that Mr. Lopez may fairly and legally be considered incompetent to proceed, as that
6 is measured under Title 18 U.S.C. § 4246(b), and consequently they join in asking this Court to enter
7 the appropriate finding by clear and convincing evidence, and that the Court then Order that the
8 facility examine Mr. Lopez to determine if his release would create a substantial risk of bodily injury
9 to another person or serious damage to property of another. (18 U.S.C. § 4246(a) & (d)).

**ORDER**

IT IS HEREBY ORDERED, based on the report by the Bureau of Prisons regarding defendant Anthony Lopez's mental incompetency, and the stipulation of all parties that Anthony Lopez is incompetent, the Court hereby orders the defendant into the custody of the Bureau of Prisons for the purpose of evaluating whether the person is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property. After completion of the evaluation the Bureau of Prisons shall submit a certificate conveying its determinations.

IT IS FURTHER ORDERED that the parties shall send a copy of this order to the Bureau of Prisons.

DATED: May 4, 2015

_____
United States Magistrate Judge