UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-cr-00138-LDG-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ANTHONY WILLIAM LOPEZ, ) | |
| Defendant. ) | |

This matter is before the Court on the U.S. Medical Center for Federal Prisons' ("medical center") letter dated September 1, 2015 (doc. # 76), informing the Court that Defendant was received at the medical center for psychological evaluation, and requesting that the parties forward relevant records to the assigned clinician.

Good cause appearing, **IT IS HEREBY ORDERED** that the parties shall meet and confer to determine those records that will be forwarded to the clinician.

**IT IS FURTHER ORDERED** that the parties shall forward the required records to the assigned clinician **no later than October 5, 2015**.

**IT IS FURTHER ORDERED** that the status hearing on September 22, 2015 is **vacated** and **reset** on **October 22, 2015 at 9:00 a.m.**

DATED: September 4, 2015

_____
C.W. Hoffman, Jr.
United States Magistrate Judge