RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
Nevada State Bar No. 003042
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
William_carrico@fd.org

Attorney for Anthony William Lopez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-138-LDG-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Second Request) |
| ANTHONY WILLIAM LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for Anthony William Lopez, that the Status Conference currently scheduled on June 21, 2016 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      The defendant is in custody and agrees with the need for the continuance.

2.      The government is still finalizing the paperwork regarding the civil commitment of the defendant.

3.      Counsel for both Parties have conflicting duties before the District Court at the appointed hour

4.      The trial is currently scheduled for August 22, 2016, and the calendar call is currently scheduled for August 16, 2016, so there should be no need to seek further continuance of those setting.

5.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 20th day of June, 2016.

RENE L. VALLADARES                         DANIEL G. BOGDEN
Federal Public Defender                        United States Attorney


    /s/ William Carrico                              /s/ Cristina D. Silva
By_____        By_____
WILLIAM CARRICO                           CRISTINA D. SILVA
Assistant Federal Public Defender         Assistant United States Attorney

2

1

2

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

3

4

UNITED STATES OF AMERICA,                          Case No. 2:13-cr-138-LDG-CWH

                    Plaintiff,                          **ORDER**

5

6                    v.

ANTHONY WILLIAM LOPEZ,

7

                    Defendant.

8

9

10          IT IS THEREFORE ORDERED that the status conference currently scheduled for

11   Tuesday, June 21, 2016 at 9:00 a.m., be vacated and continued to _July 26, 2016_____ at the

12   hour of _10:30 a.m.

13          DATED this _20th___ day of June, 2016.

14

15          _____

16          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

3