DANIEL G. BOGDEN
United States Attorney
District of Nevada
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada  89101
Tel:    702-388-6336
Fax:   702-388-5087
Cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No. 2:13-cr-00138-LDG-CWH |
| Plaintiff, | |
| vs. | MOTION TO DISMISS INDICTMENT |
| ANTHONY WILLIAM LOPEZ, | |
| Defendant. | |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, for the reasons set forth herein, files this motion to dismiss the indictment without prejudice against defendant ANTHONY WILLIAM LOPEZ.

1. On April 5, 2013, the defendant, ANTHONY WILLIAM LOPEZ, was charged by complaint with a violation of Title 18, United States Code, Section 875(c). Doc. #1.

2. On April 16, 2013, a federal grand jury returned an indictment against the defendant charging him with the same violation of federal law. Doc. #9.

3. On July 11, 2013, upon agreement of the parties, United States Magistrate Judge Carl W. Hoffman entered an order for the defendant to have a psychiatric/psychological evaluation (Doc. #20), after which the defendant received said evaluation at a Bureau of Prison's (BOP) facility in Springfield, Missouri. The defendant was subsequently determined to be incompetent. Accordingly, the parties stipulated to further commitment in the BOP facility to determine if his competency could be restored. Doc. #34 (stipulation); Doc. #36 (order on stipulation).

4. On December 22, 2014 and May 4, 2015, orders were issued to further extend defendant's evaluation to determine if competency could be restored. Doc. #62; #72.

5. It was subsequently determined that the defendant's competency could not be restored. Accordingly, the United States Attorney's Office in Springfield, Missouri filed a sealed petition for mental status (Case NO. 6:15-cv-03438-MDH at Doc. #1) in October of 2015. The defendant as subsequently completed a mental health evaluation. *See* 6:15-cv-03438-MDH Doc. #6 (Order); Doc. #8 (Sealed Evaluation Report [sealed]).

6. On July 22, 2016, Magistrate Judge David P. Rush issued a report and recommendation (R&R) regarding the civil commitment of the defendant. 6:15-cv-03438-MDH at 13. The R&R was adopted by District Court Judge M. Douglas Harpool on August 2, 2016.

7. The defendant has been civilly committed in the United States District Court for the Western District of Missouri and is awaiting placement at a state facility in accordance with 18 U.S.C. §§ 4241 and 4245.

Consequently, the United States moves this court to dismiss the indictment against the defendant without prejudice.

Dated this 7th day of September, 2016.

                    Respectfully submitted,

                    DANIEL G. BOGDEN
                    UNITED STATES ATTORNEY

                    //s//

                    CRISTINA D. SILVA
                    Assistant United States Attorney

ORDER

IT IS SO ORDERED.
DATED this _____ day of September, 2016.

                    _____
                    Lloyd D. George
                    Sr. U.S. District Judge